UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paul Anthony Singh, Eliot Kaca,<br><br>         Plaintiffs,<br><br>  -against-<br><br>Pelican Management Inc., Harbor One Company, LLC, Philip Goldfarb, an individual,<br><br>         Defendants. | `23-CV-10284 (PMH)`<br><br>**JUDGMENT** |

  WHEREAS Defendants, by their counsel, Michael Koenig, Esq. having offered, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, to allow judgment in favor of Plaintiff, Paul Anthony Singh, to be taken against them in the amount of $7,952.02, not including costs, disbursements, and attorneys' fees accrued to date; the offer of judgment being made for purposes specified in Rule 68; Plaintiff, through RAYMOND NARDO, P.C., having accepted and provided notice that he has accepted Defendants' Offer of Judgment, dated June 28, 2024, and the matter having come before this Court, the Court now renders it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case, except for Plaintiff's motion for counsel fees and costs, and it is hereby:

  ORDERED, ADJUDGED, AND DECREED, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 68, and there being no just reason for delay, the Clerk shall enter judgment in the amount of $7,952.02 jointly and severally against Defendants, not including costs, disbursements, and attorneys' fees accrued to date, to be delivered to Raymond Nardo, P.C., 129 Third Street, Mineola, NY 11501, at which time Plaintiff shall file a satisfaction of judgment.

Accordingly, judgment is entered against Defendants and the case is closed against Defendants, except for Plaintiff's motion for counsel fees and costs.

Dated: White Plains, New York
      July 1, 2024

                                            PHILIP M. HALPERN
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on June 28, 2024, I served the:

- Notice of Acceptance of Offer of Judgment with proposed order

on the following by email and ECF:

**Michael Koenig, Esq.**
General Counsel
**GOLDFARB PROPERTIES**
524 North Avenue
New Rochelle, NY 10801
mkoenig@goldprop.com

_____
RAYMOND NARDO, ESQ.